UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY LEE RANDLES, | )<br>) |
| Plaintiff, | ) Case No. CV 16-7335 AJW<br>) |
| v. | )<br>) JUDGMENT |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

7.31, 2017

ANDREW J. WISTRICH
United States Magistrate Judge